UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **MICHAEL DANE NYBERG, JR.** | **CIVIL ACTION** |
| **versus** | **NO. 15-98** |
| **N. BURL CAIN, WARDEN** | **SECTION: "C" (1)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal application for *habeas corpus* relief filed by **Michael Dane Nyberg, Jr.**, is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 7th day of April, 2015.

UNITED STATES DISTRICT JUDGE